No. 83–6906. WILLIAMS v. COUGHLIN, COMMISSIONER, NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES, ET AL. C. A. 2d Cir. Certiorari denied.

No. 83–6954. BECK v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–6989. YATES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–6996. SMITH v. UNION MUTUAL LIFE INSURANCE CO. C. A. 8th Cir. Certiorari denied.

No. 84–70. CROWDER ET AL. v. ORR. Sup. Ct. App. W. Va. Certiorari denied.

No. 84–116. VAKAS v. RODRIQUEZ ET AL. C. A. 10th Cir. Certiorari denied.

No. 84–160. BEAUFORT GAZETTE v. DELOACH. Sup. Ct. S. C. Certiorari denied.

No. 84–254. HUTCHINSON v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 84–279. JAMES MARINE SERVICE, INC. v. RYAN WALSH STEVEDORING CO., INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 84–386. HOLLOWAY v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 84–388. MARSHALL v. MCMAHAN. Sup. Ct. Tenn. Certiorari denied.

No. 84–391. LYON ET AL. v. ALABAMA STATE BAR. Sup. Ct. Ala. Certiorari denied.

No. 84–401. ROSEBROUGH MONUMENT CO. v. MEMORIAL PARK CEMETERY ASSN. ET AL. C. A. 8th Cir. Certiorari denied.